AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
AUG 19 2025
AT ____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| Christopher DESROSIERS-CORONEL, ) | Case No. 8:25-MJ-238 (GLF) |
| ) | |
| Defendant ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 16, 2025, in the county of Clinton in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(2) | Eluding examination or inspection |
| 18 U.S.C. § 758 | High speed flight from immigration checkpoint |

This criminal complaint is based on these facts:
On or about August 16, 2025, Christopher DESROSIERS-CORONEL, an alien, willfully and knowingly entered the United States from Canada by eluding examination or inspection by United States Customs and Border Protection Officers and fled or evaded a checkpoint operated by the Department of Homeland Security in a motor vehicle and fled in excess of the legal speed limit.

☒ Continued on the attached sheet.

_____
Complainant's signature

T. Northup, CBPO
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: August 19, 2025

_____
Judge's signature

City and State: Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
_____
Printed name and title

United States Customs and Border Protection ("CBP"), a component of the Department of Homeland Security, operates the Champlain Port of Entry ("POE") in Champlain, New York. All those entering the United States from Canada through the Champlain POE are required to stop and report for inspection by a Customs and Immigration Officer prior to being allowed to enter the United States.

On August 16, 2025, at approximately 0050 hours, officers at the Champlain POE observed a vehicle drive through a closed gate on the approach to Lane 3 at a high rate of speed, improperly entering the United States from Canada.

As the vehicle sped through the POE and into the United States, it sheared off the gate and carried it through the inspection lane. The vehicle continued past the primary inspection booth to the post primary area where it impacted a concrete barrier. The speed of the vehicle drove the barrier approximately 90 feet, the vehicle went airborne and landed on another barrier, coming to rest.

A speed limit sign for 5 miles per hour (mph) is posted just prior to the inspection booth as one approaches from Canada. Pursuant to 41 C.F.R. § 102-74.430(c), all drivers on federal property, such as the POE, "must comply with all posted traffic signs." The incident was captured on surveillance video. Using the video, CBP calculated the rate of speed by measuring an approximate 100-foot distance between the primary gate and the concrete footer located north to the inspection booth. CBP officers observed that it took approximately 1.0 second to travel that distance. That means the vehicle traveled approximately 100 feet per second. Converting feet per second to miles per hour shows the vehicle traveled approximately 68 mph on CBP property, in excess of the posted speed limit.

Responding officers found the driver was the sole occupant of the vehicle. The driver was later identified as Christopher DESROSIERS-CORONEL, an alien and Canadian citizen. In secondary inspection, DESROSIERS-CORONEL stated that he intended to travel to New York City for an undetermined amount of time. He claimed that he would look around and meet someone there but did not provide any additional information.

Service records indicate that DESROSIERS-CORONEL was convicted in Canada of robbery and possession of a weapon for dangerous purpose in 2019, which makes him criminally inadmissible to the United States had he reported for inspection.